# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH WATSON,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4460 |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 24th day of October, 2018, upon consideration of *pro se* Plaintiff Joseph Watson's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and Complaint (ECF No. 1), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED**.

    2.    Watson, #EF-9383, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Watson, an initial partial filing fee of $22.78 is assessed. The Superintendent or other appropriate official at SCI Somerset or at any other prison at which Watson may be incarcerated is directed to deduct $22.78 from Watson's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-4460. In each succeeding month when the amount in Watson's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Watson's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-4460.

    3.    The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Somerset.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Watson may not file an amended complaint in this matter.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**s/J. Curtis Joyner**
**J. CURTIS JOYNER, J.**